No. 71–5256. HUBER ET VIR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5257. BRADLEY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5258. BOND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–5259. BOYLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5260. WEIS *v.* MANCUSI, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 71–5261. KRESS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–5264. POLILLO *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 70–342. MACPHERSON *v.* BOSTON & MAINE CORP. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and judgment reversed. *Rogers* v. *Missouri Pacific R. Co.,* 352 U. S. 500.

No. 70–5399. RICHARDSON *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–184. PORTELA *v.* UNITED STATES;
No. 71–381. ALEXANDER *v.* UNITED STATES;
No. 71–396. MARTI *v.* UNITED STATES; and
No. 71–5215. MANARITE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and cases set for oral argument. Reported below: 448 F. 2d 583.